DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JULIET MOYANO,**
Appellant,

v.

**DAVID BOHORQUEZ, D.O.,** and **NORTH BROWARD HOSPITAL DISTRICT** d/b/a **BROWARD HEALTH CORAL SPRINGS,**
Appellees.

No. 4D21-1950

[July 28, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin J. Bidwill, Judge; L.T. Case No. CACE19-002193.

Michele K. Feinzig of Michele K. Feinzig, P.A., Coral Springs, and Ramon Rubio of Rubio Law Firm, P.L., Fort Lauderdale, for appellant.

Isaac R. Ruiz-Carus, Katherine Gannon, Howard L. Citron, and Marie D. Tranakas of Rissman, Barrett, Hurt, Donahue, McLain & Mangan, P.A., Tampa, for appellee David Bohorquez, D.O.

Diane H. Tutt of Conroy Simberg, Hollywood, for appellee North Broward Hospital District d/b/a Broward Health Coral Springs.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., WARNER and CONNER, JJ., concur.

\*            \*            \*

***Not final until disposition of timely filed motion for rehearing.***